UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>v.<br><br>STEPHEN KAO LIU; PAULINE W LIU; and Does 1-10,<br><br>   Defendants. | Case No.: 2:14-CV-02596-WBS-CKD<br><br>**ORDER** |

### ORDER

  The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.  A Status Conference is set in this action on **2/1/2016 at 01:30 p.m.** in Courtroom 5 (WBS) before Senior Judge William B. Shubb , and shall be automatically vacated upon the submission of a stipulated dismissal by the parties.   A Joint Status Report shall be filed no later than 1/19/2016 if settlement has not been finalized .

**IT IS SO ORDERED.**

Dated:  November 13, 2015

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE