# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN KAO LIU; PAULINE W LIU; and Does 1-10,<br><br>    Defendants, | **Case No**. 2:14-CV-02596-WBS-CKD<br><br>ORDER TO EXTEND DATE FOR FILING DISMISSAL |

    Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants STEPHEN KAO LIU and PAULINE W LIU ("Defendants") hereby stipulate to extend the deadline to file Dismissal to February 8, 2016.

    IT IS SO ORDERED.

Dated:  January 7, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE