1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

9
10  SCOTT JOHNSON,                          **Case No**. 2:14-CV-02596-WBS-CKD

11        Plaintiff,                        ORDER EXTENDING DATE FOR
                                            FILING DISMISSAL
12  v.

13  STEPHEN KAO LIU**;**
    PAULINE W LIU; and Does 1-10,
14
15        Defendants,
16
17        Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants STEPHEN KAO

18  LIU and PAULINE W LIU ("Defendants") hereby stipulate to extend the deadline

19  to file the Dismissal to March 8, 2016, or the parties shall file a Joint Status Report

20  by that date if settlement has not been finalized.   The Status Conference is

21  continued to March 14, 2016 at 1:30 p.m., pending submission of the dismissal

22  documents.

23
24        IT IS SO ORDERED.
25
                                            _____
26  Dated: February 4, 2016
                                            WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE
27
28

1