UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>STEPHEN KAO LIU; PAULINE W LIU; and Does 1-10,<br><br>  Defendants. | Case: 2:14-CV-02596-WBS-CKD<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  March 1, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE